### 23128. YARBROUGH *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict; and the court did not err in overruling the motion for a new trial, which contained the usual general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JUNE 13, 1933.

P. Z. *Geer,* for plaintiff in error.
R. A. *Palterson, solicitor-general, Hooper & Hooper,* contra.